## 61135. JOHNSON v. THE STATE.

POPE, Judge.
The appellant having been ordered to file enumerations of error and a brief in accordance with Rules 27 (a) and 14 of this Court, and

appellant having failed to do so, the appeal is dismissed.

*Appeal dismissed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED JANUARY 22, 1981.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.